United States District Court

Eastern District of California

Raymond B. Lee,

    Petitioner,　　　　　　　　　　No. Civ. S 02-2256 DFL PAN P

 vs.　　　　　　　　　　　　　　　　Order

Juan Valadez, Warden,

    Respondent.

-oOo-

    September 8, 2005, respondent requested an extension of time to file and serve a response to the second-amended petition. Good cause appearing, respondent's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated:　September 27, 2005.

                                  /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge