United States District Court

Eastern District of California

Raymond B. Lee,

    Petitioner,

vs.

Juan Valadez, Warden,

    Respondents.

No. Civ. S 02-2256 DFL PAN P

Order

-oOo-

October 26, 2005, respondent requested an extension of time to file and serve a response to the second-amended petition. Good cause appearing, respondent's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated: October 27, 2005.

    /s/ Peter A. Nowinski
    PETER A. NOWINSKI
    Magistrate Judge