United States District Court

Eastern District of California

Raymond Lee,

      Petitioner,                      No. Civ. S 02-2256 DFL PAN P

  vs.                               Order

Juan Valadez, Warden,

      Respondent.

-oOo-

    December 27, 2005, petitioner requested an extension of time to file and serve a reply. Good cause appearing, petitioner's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated: January 10, 2006.

                                      /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge