IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND B. LEE,

    Petitioner,                   No. CIV S-02-2256 JAM EFB P

    vs.

JUAN VALDEZ, Warden,

    Respondent.                <u>FINDINGS AND RECOMMENDATIONS</u>

                              /

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On May 12, 2008, the postal service returned mail directed to petitioner marked "Return to sender, unable to forward, paroled 3/10/08."

      A party appearing without counsel must keep the court and all parties apprised of his current address. L.R. 83-183(b). If mail directed to such a petitioner is returned by the postal service and petitioner fails to notify the court and opposing parties within 60 days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute. *Id*.

      More than 60 days have passed since the postal service returned the mail and petitioner has not notified the court of his current address.

////

1

1  Accordingly, it is hereby RECOMMENDED that this action be dismissed.  *See* Fed. R.
2 Civ. P. 41(b); Rule 11, Rules Governing § 2254 Cases; Local Rules 11-110 & Rule 83-183(b).
3  These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days after
5 being served with these findings and recommendations, any party may file written objections
6 with the court and serve a copy on all parties.  Such a document should be captioned "Objections
7 to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the
8 specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158
9 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
10 DATED: August 7, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2